UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL JACKSON,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**HARLEY LAPPIN, et al.,**<br><br>    **Defendants.** | Civil Action No.  06-0253 (JDB) |

### ORDER

Plaintiff, appearing *pro se,* has moved for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Accordingly, it is

**ORDERED** that the case is **DISMISSED without prejudice**.

                                                                         _____
                                                                         JOHN D. BATES
                                                                         United States District Judge

DATE: February 28, 2006