United States District Court
For The District of Columbia

Plaintive
Michael Jackson 11373-007

**FILED**
FEB 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action # 1:06-0253
JDB

Defendants
Harley Lappin, et. al.,

Leave to file GRANTED

_/s/ JDB_ 2/28/06
John D. Bates
United States District Judge

## Motion to Dismiss

I the Plaintive Michael T. Jackson 11373-007 move to dismiss the 1983 civil claim without prejudice under Rule 41(a) of the Federal Civil Procedure.

Unless the court will allow me to withdraw my 1983 civil action and reassert my complaint under a different suit. If the court will not allow this I request that my motion under Rule 41(a) to dismiss be granted and that a full copy of my current complaint be returned to me

Respectfully,

Michael Jackson 11373-007